```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

CHARLES J. QUINN,                       :
                                        :
                Plaintiff               :   Civil Action
                                        :
        vs.                             :   No. 10-CV-01512
                                        :
WORLDWIDE COMMUNICATIONS, INC.          :
    d/b/a PWI.NET,                      :
WORLDWIDE INTERNET INC.,                :
ACELLUS COMMUNICATIONS, INC., and       :
DARRELL MCDOWELL                        :
                                        :
                Defendants              :
                                        :
_____
```

## ORDER

**AND NOW**, this 16th day of February, 2011, upon consideration of the Motion of Defendants, Worldwide Communications, Inc., PWI.net, Worldwide Internet Inc. and Acellus Communications, Inc., to Dismiss Plaintiff's Complaint (Docket No. 9) filed August 20, 2010, and brief in support thereof (Docket no. 11) filed August 23, 2010; upon consideration of Plaintiff Charles J. Quinn's Reply to Defendants' Motion to Dismiss (Docket No. 14) and Plaintiff's brief in opposition (Docket No. 15) filed September 14, 2010; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the motion to dismiss is GRANTED in part and DENIED in part.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss Counts I, II and V of Plaintiff's Complaint is DENIED.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss Counts III, IV, VI, and VII of Plaintiff's Complaint is GRANTED.  Plaintiff's claim for punitive damages is DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff shall have until March 15, 2011 to file an Amended Complaint with respect to Counts III, IV, VI, VII and his claim for punitive damages.

BY THE COURT:


*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge